In re GOLDMAN.

In re GILBERT.

(Circuit Court of Appeals, Second Circuit. March 10, 1904.)

No. 188.

1. BANKRUPTCY—REOPENING ESTATE—DISCRETION OF COURT.

While a court of bankruptcy has power to reopen the estate of a bankrupt to permit the trustee to maintain an action to recover concealed assets, the granting of an application therefor rests in its discretion, and its action will not be reversed except for an abuse of discretion.

Petition to Review Order of the District Court of the United States for the Southern District of New York.

J. C. Bushby, for petitioner.

Nathan D. Stern, for respondent.

Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. We have no doubt of the power of the court to reopen the estate of the bankrupt or of the right of the trustee to maintain action necessary to recover concealed assets. But the motion was addressed to the sound discretion of the District Judge, and we are not satisfied that it was not properly exercised, in the interests of preventing litigation of insignificant importance. Had the application been made by the original creditors it would be regarded with more favor.